**Ivory Lane SIMON, Plaintiff-Appellant**

v.

**Tim MORGAN; Brenda Smiley; James M. LeBlanc; Eloise Anderson; Daniel Marr; Doctor K. Kuplesky; Terry Terrell; Doctor T. Hart; Nelda Wilson; Mona Heyse, Defendants-Appellees**

**No. 16-30081**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed 07/18/2016

Ivory Lane Simon, Winnfield, LA, pro se.

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM:*

Ivory Lane Simon, Louisiana prisoner # 505008, appeals from the district court's dismissal of his civil rights case under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. In his complaint, Simon alleged that he was

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

placed in lockdown in retaliation for bringing litigation against members of the administration at the Winn Correctional Center; that his property and legal work was confiscated during a shakedown; and that his complaints and grievances as to the seizure of his property were not addressed. We review the dismissal of his complaint de novo. *See Geiger v. Jowers*, 404 F.3d 371, 373 (5th Cir.2005).

Simon has failed to present any factual allegations or legal arguments regarding his claims, explain his allegations against any individual defendant, or identify an error in the district court's conclusion that his complaint should be dismissed. Furthermore, he does not articulate the reason that he deserves relief, cite to legal authority, or set forth any applicable legal standards. *See* FED. R. APP. P. 28(a)(9). While Simon has offered copies of documents that he filed in the district court, he may not incorporate by reference the arguments raised in those pleadings. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993). Accordingly, Simon has forfeited any challenge to the district court's judgment. *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir.1987).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.